DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Seata Stephens, ) | |
| ) | CASE NO. 5:09 CV 682 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| City of Akron, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, it is HEREBY ORDERED, ADJUDGED and DECREED Defendants' motion for summary judgment is GRANTED in part and DENIED in part. The defendant City of Akron is GRANTED summary judgment on all claims against it. However, defendants Michael Miles' and Joseph Sidoti's motion for summary judgment is DENIED. The claims against officers Sidoti and Miles remain pending and shall proceed.

The Court will conduct a status conference in this case on September 17, 2010 at 12:00 noon for the purpose of scheduling a trial date.

IT IS SO ORDERED.

| | |
|---|---|
| July 26, 2010 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |